# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1541

_____

| | | |
|---|---|---|
| Jerad Brunskill, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| The Kansas City Southern Railway | * | [UNPUBLISHED] |
| Company, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: August 7, 2009
Filed: August 12, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jerad Brunskill appeals the District Court's[1] adverse grant of summary judgment in his employment-discrimination suit. After de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper for the reasons stated by the District Court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).